FREDERICK SCHILL & CO., APPELLANT, v. OLUF R. LARSEN, RESPONDENT.

Argued May 21, 1947—Decided September 12, 1947.

For the appellant, *Laurence Semel.*

For the respondent, *Kaplon, Alenick & Kaplon (Michael G. Alenick,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McGEEHAN, McLEAN, JJ. 12.

*For reversal*—None.